# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER VONNER, | No. CV 05-8296-CAS(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| E. OLLISON, Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 17, 2010

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge